ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos. 1:13-cr-00430-JLT-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| JAVIER SOLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference set for

February 25, 2026, can be continued until April 22, 2026, at 1:00 p.m., before the

///

///

///

Honorable Erica P. Grosjean so that defense counsel has time to meet with her client and the Probation Office and determine how to proceed in this matter.


Dated:  February 23, 2026                    /s/ Adilene Flores
                                             Adilene Flores
                                             Counsel for Javier Solis


Dated:  February 23, 2026                    /s/ Joseph Barton
                                             Joseph Barton
                                             Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:13-cr-00430-JLT-BAM |
| Plaintiff, | ORDER |
| v. | |
| JAVIER SOLIS, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled for February 25, 2026, is continued until April 22, 2026, at 2:00 p.m., before the Honorable Erica P. Grosjean.

IT IS SO ORDERED.

Dated:    **February 24, 2026**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE