Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorneys for JAVIER SOLIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAVIER SOLIS,<br><br>                              Defendant. | CASE NO.  1:13-CR-00430-JLT-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: April 22, 2026<br>TIME: 2:00 p.m. |

**STIPULATION**

This case is set for a Status Conference Re Violation of Petition on April 22, 2026, at 2:00pm. Defendant, by and through defendant's counsel of record, and the United States of America, by and through its counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a Status Conference Re Violation of Petition on April 22, 2026, at 2:00 p.m.

2.    By this stipulation, the parties now move to continue the status conference until June 10, 2026, at 2:00 p.m.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The defendant and his counsel request a continuance to June 10, 2026, to allow additional time to review and discuss the case, as well as to confer with probation and government counsel regarding potential resolution.

///

STIPULATION CONTINUING STATUS CONFERENCE                    1

b)   The government does not object to the continuance.

c)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the preliminary hearing must commence, the time period of April 22, 2026 to June 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.


Dated:  April 20, 2026                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                         /s/ JOSHUA B. BANISTER
                                                         JOSHUA B. BANISTER
                                                         Assistant United States Attorney


Dated:  April 20, 2026                                    /s/ ADILENE FLORES ESTRADA
                                                         ADILENE FLORES ESTRADA
                                                         Counsel for Defendant
                                                         JAVIER SOLIS

**ORDER**

The Status Conference Re Violation of Petition shall be continued from April 22, 2026, at 2:00 p.m. until June 10, 2026, at 2:00 p.m.

To the extent the Speedy Trial Act applies, time will be excluded through June 10, 2026 pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 21, 2026**                     /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION CONTINUING STATUS CONFERENCE                3